No. 5, Misc. RYAN ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro. se. Edward S. Silver* and *William I. Siegel* for respondent.

No. 133, Misc. NIST *v.* RHAY, PENITENTIARY SUPERINTENDENT. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit and for other relief denied.

No. 84, October Term, 1960. COHEN *v.* HURLEY, 366 U. S. 117, 374 U. S. 857. Motions of New York State Association of Trial Lawyers; and National Lawyers Guild for leave to file briefs, as *amicus curiae,* in support of motion for leave to file a second petition for rehearing granted. Motion for leave to file a second petition for rehearing denied. MR. JUSTICE WHITE and MR. JUSTICE GOLDBERG took no part in the consideration or decision of these motions.

No. 467, October Term, 1962. ALVADO ET AL. *v.* GENERAL MOTORS CORP., 371 U. S. 925, 965, 375 U. S. 871. Motion for leave to file a third petition for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion.

No. ——, October Term, 1963. KAWAHARA *v.* STAHR, 375 U. S. 918;

No. 15, October Term, 1963. FORD ET AL. *v.* TENNESSEE, 377 U. S. 994; and

No. 23, October Term, 1963. REYNOLDS, JUDGE, ET AL. *v.* SIMS ET AL., 377 U. S. 533. Petitions for rehearing denied.